and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE METROPOLITAN SAVINGS BANK v. PERRY J. FULLER and Others, Impleaded, etc.— Motion to amend title and for other relief granted. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

## (March 11, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DAVIS and ERNEST DAVIS, Appellants.— Judgment unanimously reversed, the information dismissed, and the defendant Ernest Davis discharged from custody. As to the first count which charges transportation of alcohol without a permit, the defendants' guilt was not established beyond a reasonable doubt. As to the second count, the evidence failed to satisfy the requirements of section 395 of the Code of Criminal Procedure. (See *People* v. *Krasner*, 252 App. Div. 731.) Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

## (March 14, 1941.)

In the Matter of the Application of the NORTHWESTERN NATIONAL INSURANCE COMPANY, Petitioner, Appellant, for an Order to Review a Determination of LOUIS H. PINK, Superintendent of Insurance, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of NORTHWESTERN NATIONAL INSURANCE COMPANY, Petitioner, for an Order to Review the Determination of LOUIS H. PINK, Superintendent of Insurance, Respondent.— The certificate of authority under which the petitioner was authorized to do business in this State having expired, the question sought to be reviewed has become academic and the motion for an order to review the determination of the respondent is dismissed, without costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

BUTLER & BALDWIN, INC., Appellant, v. THE MORRIS PLAN CORPORATION OF AMERICA and THE MORRIS PLAN INSURANCE SOCIETY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of BLANCHE POTTER and TITLE GUARANTEE AND TRUST COMPANY, as Trustees under the Last Will and Testament of MARTHA POTTER, Deceased, and for a Construction of the Last Will and Testament of MARTHA POTTER, Deceased. OLIN POTTER GEER and Others, Appellants; BLANCHE POTTER and TITLE GUARANTEE AND TRUST COMPANY, as Trustees under the Last Will and Testament of MARTHA POTTER, Deceased, and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ. [173 Misc. 191.]

APPAREL & ACCESSORIES ASSOCIATES, INC., Respondent, v. NEW YORK WORLD'S FAIR 1940 INCORPORATED, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.; Townley, J., taking no part. [176 Misc. 26.]